**UNITED STATES of America,**
**Appellee,**

v.

**Hassan RASHEEM, Defendant–**
**Appellant.**

**Docket No. 04–2047–CR.**

United States Court of Appeals,
Second Circuit.

March 24, 2005.

Philip L. Weinstein, Legal Aid Society, New York, NY, for Defendant–Appellant.

Wayne L. Baker, Assistant United States Attorney (Cecil C. Scott, Assistant United States Attorney, and Roslynn R. Mauskopf, United States Attorney, on the brief), Brooklyn, NY, for Appellee.

PRESENT: SOTOMAYOR, KATZMANN, Circuit Judges, and CEDARBAUM,* District Judge.

### SUMMARY ORDER

Defendant-appellant Hassan Rasheem ("appellant") appeals from a judgment entered on April 13, 2004, in the United States District Court for the Eastern District of New York (Platt, J.) sentencing him to 96 months' imprisonment for illegal firearm possession in violation of 18 U.S.C. § 922(g). Relying on *Blakely v. Washington*, —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), appellant contends that the sentencing violated his Sixth Amendment rights.

In light of the Supreme Court's decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir.2005), we remand to the district court for further proceedings in conformity with *Crosby*.

---

* The Honorable Miriam Goldman Cedarbaum, United States District Judge for the Southern District of New York, sitting by designation.